IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY TARVER,
    Petitioner,

vs.                                            Case No.:  3:12cv258/RV/EMT

STATE OF FLORIDA and OKALOOSA
COUNTY SHERIFF'S DEPARTMENT,
    Respondents.
_____/

**Revised ORDER, REPORT AND RECOMMENDATION**

        This case is before the court upon Petitioner's motion for voluntary dismissal (doc. 9), filed in apparent response to this court's recommendation that this case be transferred to the United States District Court for the Southern District of Alabama (*see* doc. 8).[1]  Petitioner indicates that the relief sought in the pending petition may be resolved by the Alabama parole authorities, and that he wishes to "omit Florida" from this action and to voluntarily dismiss the petition "without transfer" (doc. 9 at 1).  Although the court previously determined that it lacked jurisdiction to decide the merits of this matter, it does not lack jurisdiction to dismiss this matter.

        Additionally, Rule 41(a)(1) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer, or files a motion for summary judgment.  Fed. R. Civ. P. 41(a)(1).  Because Respondents have not yet served an answer in the instant case, it is clear that Petitioner is automatically entitled to a voluntary dismissal at this time.

---

[1] This motion is dated August 9, 2012, and the court's recommendation was mailed to him on August 7, 2012.

Accordingly, it is **ORDERED**:

1. The Clerk of Court shall return to Petitioner the fees he submitted for payment for three service copies of his petition, as previously instructed.

2. The report and recommendation entered on August 7, 2012 (doc. 8) is hereby **VACATED**.

And it is respectfully **RECOMMENDED**:

That Petitioner's motion for voluntary dismissal (doc. 9) be **GRANTED** and this case be dismissed without prejudice.

At Pensacola, Florida, this 14th day of August 2012.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**